**O S B O R N   L A W, p.c.**

**43 West 43rd Street, Suite131
New York, New York 10036**

DANIEL A. OSBORN
LINDSAY M. TRUST

TELEPHONE
212 - 725 - 9800

FACSIMILE
212 - 500 - 5115

January 7,  2021

**<u>VIA ECF</u>**

Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Bezerra v. Commissioner of Social Security,*
<u>Civil Action No. 1:20-cv-04303-SLC</u>

Dear Judge Cave,

We write on behalf of plaintiff, Klebber A. Bezerra, and with the consent of the defendant, request a 30-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on January 8, 2021.  Plaintiff respectfully requests an extension of time up to and including February 7, 2021.  This is  plaintiff's first request for an extension of time.

Subject to the approval of the Court, the parties propose the following revised briefing schedule:

   a.  Plaintiff to serve his motion for judgment on the pleadings on or before **February 7, 2021**;

Honorable Sarah L. Cave
January 7, 2021
Page 2

      b.  Defendant to serve its response/cross-motion on or before **April 8, 2021**; and

      c.  Plaintiff to serve his reply (if any) on or before **April 29, 2021**.

Thank you for your consideration of this request.

---

Plaintiff's Letter-Motion for an extension of time to file Plaintiff's Motion for Judgment on the Pleadings (ECF No. 20) is GRANTED and the briefing schedule proposed in ECF No. 20 is ADOPTED.

The Clerk of Court is respectfully directed to close ECF No. 20.

SO-ORDERED 1/8/2021

---

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:   212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

SARAH L. CAVE
United States Magistrate Judge

cc: Mary Ellen Brennan, Esq. (by ECF)