# O S B O R N  L A W, p.c.

**43 West 43rd Street, Suite131**
**New York, New York 10036**

DANIEL A. OSBORN
LINDSAY M. TRUST

TELEPHONE
212 - 725 - 9800

FACSIMILE
212 - 500 - 5115

February 8, 2021

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Bezerra v. Commissioner of Social Security,*
                Civil Action No. 1:20-cv-04303-SLC

Dear Judge Cave,

     We write on behalf of plaintiff, Klebber A. Bezerra, and with the consent of the defendant to request a 30-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is currently due on **February 8, 2021**. Plaintiff respectfully requests an extension of time up to and including, **March 10, 2021**. This is plaintiff's first request for an extension of time.

     Subject to the approval of the Court, the parties propose the following amended briefing schedule:

Honorable Sarah L. Cave
February 8, 2021
Page 2

    a. Plaintiff to serve his motion for judgment on the pleadings on or before **March 10, 2021**;
    b. Defendant to serve its response/cross-motion on or before **May 10, 2021**; and
    c. Plaintiff to serve his reply (if any) on or before **May 31, 2020**.

Thank you for your consideration of this request.

> Plaintiff's letter-motion requesting an extension of the briefing schedule for Plaintiff's motion for judgment on the pleadings (ECF No. 22) is GRANTED, and the proposed schedule is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 22.
>
> SO-ORDERED 2/9/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:  212-725-9800
Facsimile:  212-500-5115
dosborn@osbornlawpc.com

cc: Mary Ellen Brennan, Esq. (by ECF)