**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KLEBBER A. BEZERRA,

                    Plaintiff,

-against-                                        20 **CIVIL** 4303 (SLC)

## JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 16, 2021, Mr. Bezerra's Motion (ECF No. 24) is DENIED, and the Commissioner's Motion (ECF No. 30) is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        September 16, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                   **BY:**     *K. Mango*

                                                          **Deputy Clerk**